IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | CRIMINAL NO. 3:14-CR-367 |
| RAMON AGUILAR, III, ET AL. | |

## MOTION TO UNSEAL CASE AND INDICTMENT

The United States respectfully requests that the Court completely unseal the above encaptioned case and the Third Superseding Indictment in this case filed on November 4, 2015. Fifty-two of the fifty-four defendants are in custody and the government does not believe that the indictment needs to remain sealed as to the remaining defendants.

Respectfully submitted,

JOHN R. PARKER
UNITED STATES ATTORNEY

/s/ P.J. Meitl
P.J. MEITL
Assistant United States Attorney
District of Columbia Bar No. 502391
Virginia Bar No. 73215
1100 Commerce Street, Third Floor
Dallas, Texas 75242-1699
Telephone: 214.659.8680
Facsimile: 214.659.8812
Email: philip.meitl@usdoj.gov