IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | CRIMINAL NO.  3:14-CR-367 |
| RAMON AGUILAR, III, ET AL. | |

<u>ORDER</u>

Upon motion of the Government, IT IS HEREBY ORDERED THAT this case and the Third Superseding filed herein is unsealed in its entirety.

DATED this 19 day of November, 2015.

PAUL D. STICKNEY
United States Magistrate Judge